**United States District Court**
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2006 DEC 29 PM 1: 59
TEXAS-EASTERN
BY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 4:06mc14 |
| TEXAS MUNICIPAL RETIREMENT | § | (Judge Schell/Judge Bush) |
| SYSTEM and HELEN LAWSON | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On December 4, 2006, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendations that the Defendant's claim for exemption of certain property garnished by the United States is not valid.

The Court, having heard no objections raised or timely filed, is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that the Defendant's claim for exemption is **DENIED** and final judgment on the writ of garnishment is **GRANTED** in the form submitted by the United States.

**IT IS SO ORDERED.**

SIGNED this 29th day of December, 2006.

Richard A. Schell
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE